Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ROBERTA SHERRY KEIFER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA SHERRY KEIFER | Case No.: 3:12-cv-06320-EDL |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including August 29, 2013, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the January 1, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATE: August 23, 2013

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3

   */s/Vijay J. Patel*
4
   BY: _____
5       Vijay J. Patel
        Attorney for plaintiff