UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA SHERRY KEIFER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 17-cv-00332-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is related to *Keifer v. Colvin*, Case No. 12-cv-06320-EDL.

**IT IS SO ORDERED**.

Dated: January 17, 2018

　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　――――――――――――――――――
　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　United States Magistrate Judge